1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   LINDA JOY ROBERTS
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:09-cr-0346 WBS
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15     v.                          ) **CONTINUING STATUS CONFERENCE**
                                   )
16 LINDA JOY ROBERTS,              )
                                   ) Date:  September 14, 2009
17              Defendant.         ) Time:  8:30 a.m.
                                   ) Judge: Hon. William B. Shubb
18 _____ )

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Linda Joy Roberts, through their respective
22 attorneys, that the status conference scheduled for September 14, 2009,
23 may be continued to October 13, 2009, at 8:30 a.m.
24      This is a new case alleging the wrongful collection of retirement
25 benefits spanning a 20-year period.  Defense counsel seeks additional
26 time to review the voluminous discovery and to consult with Ms. Roberts
27 regarding the facts and issues of her case, possible defenses, potential
28 sentencing exposure, and other matters.  To afford time to do so, the

parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through October 13, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated:   September 10, 2009          /s/ *T. Zindel*
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for LINDA JOY ROBERTS

                                        LAWRENCE G. BROWN
                                        United States Attorney

Dated:   September 10, 2009          /s/ *T. Zindel for E. Endrizzi*
                                        ELLEN ENDRIZZI
                                        Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to October 13, 2009, at 8:30 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 13, 2009.

IT IS SO ORDERED.

Dated:   September 14, 2009

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE