```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    LINDA JOY ROBERTS
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-0346 WBS |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| LINDA JOY ROBERTS, ) | |
| ) | Date:  October 13, 2009 |
| Defendant. ) | Time:  8:30 a.m. |
| ) | Judge: Hon. William B. Shubb |
| _____ ) | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Linda Joy Roberts, through their respective attorneys, that the status conference scheduled for October 13, 2009, may be continued to October 19, 2009, at 8:30 a.m.

    The parties have reached a negotiated resolution of the case and anticipate a change of plea on October 19.  However, defense counsel has recommended that Ms. Roberts discuss her decision with her sons before she changes her plea.  A one-week delay will afford counsel time to answer any questions that may arise before the change of plea.  The

1  parties agree that the ends of justice to be served by a six-day
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial and that time under the Speedy Trial Act may be
4  excluded from the date of this order through October 19, 2009, pursuant
5  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)(Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  October 8, 2009        /s/ T. Zindel
                               TIMOTHY ZINDEL
                               Assistant Federal Defender
                               Attorney for LINDA JOY ROBERTS


                               LAWRENCE G. BROWN
                               United States Attorney

Dated:  October 8, 2009        /s/ T. Zindel for E. Endrizzi
                               ELLEN ENDRIZZI
                               Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 19, 2009, at 8:30 a.m., for change of plea.  For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 19, 2009.

IT IS SO ORDERED.

Dated:  October 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE